[No. 9551–3–II. Division Two. July 10, 1987.]

TOM DAVIS, ET AL, *as Personal Representatives, Respondents,* v. AMERICAN CONTINENTAL INSURANCE COMPANY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–01347–1, William L. Brown, Jr., J., entered January 10, 1986. *Affirmed* by unpublished opinion per Gavin, J. Pro Tem., concurred in by Dolliver and Williams, JJ. Pro Tem.

[No. 9264–6–II. Division Two. July 10, 1987.]

THE STATE OF WASHINGTON, *Respondent, v.* ROBERT ELLIS MORTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–1–00850–4, James P. Healy, J., entered October 3, 1985. *Affirmed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Morgan and Soule, JJ. Pro Tem.

[No. 17107–7–I. Division One. July 13, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK LEE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–01059–7, James D. McCutcheon, Jr., J., entered August 22, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Swanson, J.